EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Designación del Presidente de la Comisión de Reputación de Aspirantes Al Ejercicio de la Abogacía | 2011 TSPR 14<br><br>180 DPR _____ |

Número del Caso: EN-2011-01

Fecha: 1 de febrero de 2011

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Designación del Presidente
de la Comisión de Reputación
de Aspirantes al Ejercicio de
la Abogacía                          EN-2011-01


RESOLUCION


San Juan, Puerto Rico, 1 de febrero de 2011.

De conformidad con la Regla 1, inciso (a) (1) y (2) del Reglamento de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía, según enmendada, se nombra al Lic. Guillermo Arbona Lago, ex juez del Tribunal de Apelaciones, como Presidente de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía.

El licenciado Arbona Lago ocupará el cargo a partir del 1 de febrero de 2011 y por el resto del término para el cual fue nombrado el Lic. Doel Quiñones Núñez, quien renunció el 23 de diciembre de 2010.

El Tribunal expresa su agradecimiento al Lic. Doel Quiñones Núñez por los largos años que sirvió como Presidente de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía con dedicación y compromiso con la Rama Judicial.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                          Aida Ileana Oquendo Graulau
                          Secretaria del Tribunal Supremo